IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:23-CR-00505 RLW PLC |
| | ) |
| MARCELLIS BLACKWELL, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Christine Krug, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, pursuant to Title 18, United States Code, Section 3142(g) the Government states as follows:

1.  The defendant is charged with 16 felony counts of Deprivation of Rights Under Color of Law in violation of 18 U.S.C. Sections 242 and 250 and five counts of Falsifying Records in violation of 18 U.S.C. Section 1519. In those 21 counts, which occurred between November 2022 and June 2023, there are eight separate victims.

2.  According to investigations conducted by the Federal Bureau of Investigation (FBI) and the North County Police Cooperative (NCPC), the defendant started working as a NCPC

1

police officer on May 31, 2022. Over the course of the next year, the defendant made over 80 arrests. Each of the eight victims in this case were arrested or detained by the defendant.

On June 3, 2023, the defendant arrested D.W.1 (Counts 13-15). While en route from the arrest site to the St. Ann Police Department, the defendant pulled his police vehicle into the Normandy High School bus lot. While there and while D.W.1 was handcuffed behind his back, the defendant reached into D.W.1's pants and fondled his testicles and penis under the auspices of searching him again. The defendant also pulled D.W.1's penis out over his waistband and continued to stroke it. This incident lasted for approximately ten minutes. D.W.1 reported the assault to NCPC the next day. The initial investigation revealed surveillance footage from a business near the high school lot showing the defendant's police vehicle pull into and later out of the lot as described by the victim. The victim also informed investigators that the defendant had placed his cell phone down his pants during the purported search.

The defendant was charged at-large with forcible sodomy in St. Louis County Circuit Court (23SL-CR04279) on June 7, 2023, and arrested later that same day. The defendant was indicted on forcible sodomy and kidnapping charges (23SL-CR04279-01).

Following local media coverage of the defendant's case on June 8, 2023, each of the additional seven victims in this case came forward and reported similar behavior by the defendant.

At the time of his arrest, the defendant's two cellular phones were seized. They were identified as his personal phone and his 'work' phone that he purchased and paid for himself. Magistrate Judge Noelle Collins signed a Search Warrant for the defendant's phones on July 13, 2023.

Consistent with D.W.1's statement, video on the defendant's personal cell phone captured the defendant's actions against D.W.1 on the bus lot. There are similar videos of three other

identified victims in this case. There are also videos of as-yet unidentified victims/arrestees. Investigation revealed that the defendant started using this particular phone in early April 2023.

3. While the Government is not aware of any criminal history of the defendant, formerly known as Willis Green Overstreet III, while working as a law enforcement officer, the defendant blatantly abused his authority by sexually assaulting people he had arrested or detained. The defendant victimized people he thought would be less likely to report his behavior, especially those he told that he would ensure that their case would never reach the prosecutor's desk for prosecution.

4. There is a serious risk that the defendant will flee. Prior to attending the police academy, the defendant worked as an over-the-road truck driver. The defendant has few, if any, ties to the Eastern District of Missouri.

5. There is a serious risk that the defendant will obstruct or attempt to obstruct justice, or attempt to threaten, or intimidate a prospective witness. In addition to the defendant's statements that arrests would not make it to the prosecutor's desk, he took overt actions to intimidate victim R.M. (Counts 5-7). The defendant showed up uninvited to visit R.M. in jail, despite R.M. telling him he did not want to talk to him. When R.M. bonded out of jail, the defendant appeared at R.M.'s court date in Illinois when there was no reason, other than intimidation, for him to be present. The defendant's phone contains a video of R.M. in the Illinois courthouse. Further, the defendant repeatedly threatened R.M. that if R.M. failed to cooperate with him, R.M.'s wife would be charged.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community

3

and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

        Respectfully submitted,

        SAYLER A. FLEMING
        UNITED STATES ATTORNEY

        */s/     Christine Krug*
        CHRISTINE KRUG #42586 MO
        Assistant United States Attorney
        Thomas F. Eagleton Courthouse
        111 South Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200