UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: S2-4:23-CR-505 AGF-PLC |
| | ) | |
| MARCELLIS BLACKWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed

hereon, the United States Attorney for the Eastern District of Missouri hereby moves to dismiss Count

35 of the superseding indictment against Defendant Marcellis Blackwell without prejudice.

SAYLER A. FLEMING
United States Attorney

*/s/ Christine H. Krug*
Christine H. Krug #42586MO
Assistant United States Attorney

Leave of Court is granted to dismiss Count 35 of the superseding indictment.

_____
HONORABLE AUDREY G. FLEISSIG
UNITED STATES DISTRICT COURT JUDGE

Dated: This _____ day of May 2025.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the above and foregoing was filed on April 30, 2025 through ECF to counsel of record.

/s/ *Christine H. Krug*
Christine H. Krug #42586MO
Assistant United States Attorney